JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ONE PORTRAIT ENTITLED "ROUND JACKIE" BY ANDY WARHOL,<br><br>　　　Defendant *In Rem*.<br><br>KASSEEM DEAN,<br><br>　　　Claimant. | No. 2:20-CV-05917-DSF (PLAx)<br><br>**CONSENT JUDGMENT**<br>**OF FORFEITURE** |

　　Plaintiff United States of America and Claimant Kasseem Dean ("Claimant") have made a stipulated request ("Stipulation") for the entry of this Consent Judgment, resolving this action in its entirety.

　　The Court, having considered the Stipulation and request of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

　　1.　This Court has jurisdiction over Plaintiff, the Defendant One Portrait Entitled "Round Jackie" by Andy Warhol ("Defendant"), Claimant, and the subject matter of this action.

    2.    The Government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  All potential claimants to the Defendant, other than Claimant, are deemed to have admitted the allegations of the Complaint.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, nor should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant or the commencement of this action.  The allegations set forth in the Complaint are sufficient to establish a basis for forfeiture of the Defendant.

    3.    The Government shall have judgment as to the Defendant, and no other person or entity shall have any right, title or interest therein whatsoever. The Government shall dispose of the Defendant in accordance with law.

    4.    The Court finds that there was reasonable cause for the seizure of the Defendant and institution of this action on the Defendant. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

    5.    The exclusive jurisdiction and venue for any dispute arising between and among the Parties under the Stipulation and Consent Judgment is the United States District Court for the Central District of California.  This Court shall retain jurisdiction to enforce this Consent Judgment.  In the event that any disputes arise about the interpretation of or compliance with the terms of this Consent Judgment, the Parties will endeavor in

1  good faith to resolve any such disputes between themselves before
2  bringing such disputes to the Court for resolution.
3      6.   The Court may impose any remedy authorized by law or
4  equity, including awarding attorney's fees, issuing contempt
5  citations, and ordering monetary sanctions and penalties, for
6  failure by the Parties to comply with the terms of this Consent
7  Judgment, or any act by the Parties in violation of any provision
8  of this Consent Judgment.
9      7.   Each of the Parties shall bear its own fees and costs in
10 connection with the seizure of the Defendant and this action.

    IT IS SO ORDERED.

DATED: September 23, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

Dated: September 23, 2020        DEBORAH CONNOR, Chief
                                 Money Laundering and Asset Recovery Section

                                     /s/
                                 MARY BUTLER, Chief, International Unit
                                 WOO S. LEE, Deputy Chief,
                                     International Unit
                                 BARBARA Y. LEVY, Trial Attorney
                                 JOSHUA L. SOHN, Trial Attorney

                                 Attorneys for Plaintiff
                                 United States of America

Dated: September 23, 2020         /s/ [by e-mail confirmation]
                                 DANA M. COLE
                                 Cole & Loeterman

                                 Attorneys for Claimant
                                 Kasseem Dean